IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/1/22 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | ) |
| Mary Jo A. Stoner, | ) Case No. 22-21064 JAD |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Related to ECF 14 |
| Mary Jo A. Stoner, | ) |
| Movant | ) |
| vs | ) |
| No respondents | ) |

## ORDER OF COURT

AND NOW, to wit, this <u>1st</u> day of <u>July</u>, <u>2022</u>, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Mary Jo Stoner, is hereby granted an extension until July 11, 2022 to file the completed petition in this case.

_____
Jeffery A. Deller        jah
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
MARY JO A. STONER  
    Debtor

Case No. 22-21064-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 01, 2022      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MARY JO A. STONER, 812 Brentview Road, Pittsburgh, PA 15236-2307 |
| 15487168 | + | Duquene Light Co., P.O. Box 67, Pittsburgh, PA 15267-0067 |
| 15487172 | + | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15487175 | + | US Attorneys Office, United States Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2022 00:07:11 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 02 2022 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15487167 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2022 00:07:23 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15492799 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2022 00:07:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15487169 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2022 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15487171 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 02 2022 00:08:00 | Key Bank, P. O. Box 94620, Cleveland, OH 44101-4620 |
| 15487173 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2022 00:08:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15487174 | + | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2022 00:08:00 | Quantum3 Group LLC, World Financial Bank, P.O. Box 788, Kirkland, WA 98083-0788 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15487170 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 01, 2022 | Form ID: pdf900 | Total Noticed: 12 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
on behalf of Debtor MARY JO A. STONER
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5