IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-21064 JAD |
| Mary Jo A. Stoner | : Chapter 13 |
| Debtor | : Related to Docket No 32 |
| Mary Jo A. Stoner | |
| Movant | |
| v. | |
| PNC Bank | |
| Respondent | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 19, 2022, a true and correct copy of the *Loss Mitigation Order Dated September 16, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Mary Jo A. Stoner
812 Brentview Road
Pittsburgh, PA 15236

Brian Nicholas
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

PNC Bank, National Association
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg OH 45342

Date of Service: September 19, 2022

/s/ Lauren M. Lamb_____
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201