**Currently Viewing:**
Borrower Name: Stoner, Mary Jo
Property Address: 812 Brentview Road Pittsburgh, PA 15236
Servicer Name: PNC Mortgage
Loan Number: ███████0156

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 09/20/2022 12:05:38 PM ET | Attorney | File Submitted |

File Submitted by Lauren Lamb.
The following documents were submitted:
Stoner (Loan #314-S-54) - Borrower Authorization (Added 09-20-2022)
Stoner (Loan #314-S-54) - HAMP Request for Mortgage Assistance (RMA) (Added 09-20-2022)
Stoner (Loan #314-S-54) - Uniform Borrower Assistance Form (Added 09-20-2022)
Stoner (Loan #314-S-54) - Mortgage Assistance Application Form 710 (Added 09-20-2022)
Stoner (Loan #314-S-54) - Financial Statement (Added 09-20-2022)
Stoner (Loan #314-S-54) - Hardship Letter (Added 09-20-2022)
Stoner (Loan #314-S-54) - IRS Form 4506-C (Added 09-20-2022)
Stoner (Loan #314-S-54) - Dodd-Frank Certification (Added 09-20-2022)
Stoner (Loan #314-S-54) - Government Monitoring Data (Added 09-20-2022)
Stoner (Loan #314-S-54) - PNC Bank Mortgage Assistance Application (Added 09-20-2022)
Stoner (Loan #314-S-54) - Pension Income / Other Retirement Accounts - Proof of payment (Added 09-20-2022)
Stoner (Loan #314-S-54) - Social Security Income (Added 09-20-2022)
Stoner (Loan #314-S-54) - Most Recent 2 Months Bank Statements (Added 09-20-2022)
Stoner (Loan #314-S-54) - Proof of Occupancy (Added 09-20-2022)
Stoner (Loan #314-S-54) - Loss Mitigation Order (Added 09-20-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 09/20/2022 12:51:31 PM ET | Servicer | Servicer Transfer |

**Servicer Transferred by:** Sherry Brown.
**Details:** Sherry Brown transferred submission from **PNC Bank** to **PNC Mortgage**.
**Reason:** Moving to PNC Mortgage portal as this portal is for consumer loans only. .
**Attached Files:**

| Date | Activity By | Action Taken |
|---|---|---|
| 09/20/2022 12:51:33 PM ET | Servicer | File Resubmitted |

Sherry Brown resubmitted file for review:
**Reason:** Sherry Brown transferred submission from **PNC Bank** to **PNC Mortgage**.
**Message:** Moving to PNC Mortgage portal as this portal is for consumer loans only.
**Attached Files:**

| Date | Activity By | Action Taken |
|---|---|---|
| 09/20/2022 01:12:20 PM ET | Servicer | Message Sent |

**From:** Sherry Brown (Servicer)
**Subject:** File Assignment
**Message:**
File will be accepted and assigned to a Representative tomorrow.

| Date | Activity By | Action Taken |
|---|---|---|
| 09/21/2022 12:08:32 PM ET | Servicer | File Opened |

File Opened by Claudia Bucio

| Date | Activity By | Action Taken |
|---|---|---|
| 09/21/2022 12:10:56 PM ET | Servicer | Account Change |

**File Changed by:** Claudia Bucio.
**Change(s):**
Loan Number changed from 314-S-54 to ▇▇▇▇0156.

| Date | Activity By | Action Taken |
|---|---|---|
| 09/26/2022 03:52:43 PM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Claudia Bucio.
**Reason:** Incomplete Package
**Due Date:** 10-26-2022
**Message:**

- **Hardship Letter:**
  Hardship Documentation: We need documentation showing proof of your hardship as stated in Hardship Assistance Application and/or hardship letter.
- **Pension Income / Other Retirement Accounts - Proof of payment:**
  Income-Pension/Retirement/Annuity: We need the benefit statement, award letter, exhibit or policy from the provider that states the amount, frequency and duration of the pension/retirement income. Please note that it must be the most recent one issued for the current year.
- **Social Security Income:**
  Income-Social Security Income (SSI): We need verification of benefit statement, award letter, exhibit or policy from the provider that states the amount, frequency and duration of the Social Security income. Please note that it must be the most recent one issued for the current year.
- **Most Recent 2 Months Bank Statements:**
  Bank Statements (Personal) for Account # ending in: #1169:
    - Please provide a signed and dated letter of explanation for the following deposits: 8/6/22 $34.34
    - Note: all income must be verified.
    - The following supporting documentation may be needed:
        - Note: other documentation may be needed to verify the income.
        - If benefit income, we need the most recent benefit award letter.
        - If self-employment income, we need 2021 federal tax return signed and dated including Schedule C (Supplemental) and a year-to-date profit and loss statement, signed and dated. If the self employment income was not reported on 2021 tax returns, we will also need a profit and loss statement for last year.
        - The most recent consecutive paystubs which include year-todate earnings. If paystubs are handwritten, we will need a yea-to-date earnings statement from the employer.

[REDACTED]- Stoner_Redacted.pdf (Added 09-26-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 09/27/2022 12:17:35 PM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** RE: Docs Incomplete Notice
**Message:**
Please disregard the request for legible copy of HAA that is listed on the missing document letter.

| Date | Activity By | Action Taken |
|---|---|---|
| 09/28/2022 04:02:58 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Hi

Can you please clarify what would be appropriate documentation for the hardship. So that I can request specifically what is needed.

thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 09/29/2022 09:24:16 AM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** RE: Message Sent
**Message:**
Hello,

Because this is an FHA loan they require proof of hardship. Loan became delinquent in October of 2018. What happened around that time that made the loan become delinquent. For example unemployment, we would need something from unemployment that they may of received around the time of delinquency.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/12/2022 10:28:23 AM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** Documents Needed
**Message:**
Just a reminder that the requested documents are due back to PNC by 10/26/22.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/26/2022 11:51:52 AM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** RE: Documents Needed
**Message:**
Please be advised that the requested documents are due today, October 26th.

| Date | Activity By | Action Taken |
|---|---|---|
| 11/10/2022 04:22:15 PM ET | Servicer | Message Sent |

**From:** Sherry Brown (Servicer)
**Subject:** Loss Mitigation review suspended
**Message:**
Due to not receiving requested documents by the due date of 10/26 the Loss Mitigation review has been closed down attached is letter advising of same.

**Attached Files:**
▬▬▬▬▬▬▬▬▬▬▬- Stoner review closed_Redacted.pdf (Added 11-10-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 11/15/2022 03:30:04 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Can the borrower submit a new application packet with the additional documents?

thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 11/15/2022 03:47:46 PM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** RE: Message Sent
**Message:**
Borrower can reapply by sending in the requested documents listed on the missing document letter along with the PNC Bank Mortgage Assistance Application with an updated date on it.

| Date | Activity By | Action Taken |
|---|---|---|
| 11/15/2022 04:01:02 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
ok

thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 11/15/2022 04:27:17 PM ET | Attorney | Status Report Created |

Lauren Lamb created Status Report

Download Status Report

| Date | Activity By | Action Taken |
|---|---|---|
| 01/19/2023 12:14:21 PM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** Loss Mitigation
**Message:**
Do you have any updates? We have yet to receive any documents since September to restart loss mitigation. If there was an extension, please update the Portal with the updated expiration date.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/19/2023 01:06:01 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
An extension has been filed with the court, the order has not been granted yet.  the signed order will be uploaded upon approval from the court and the file will be updated with the extended date.

I am waiting for the borrower to provide what is needed to submit a new packet. Once received everything will be provided

thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 01/19/2023 02:18:09 PM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** RE: Message Sent
**Message:**
Ok, thank you for the update.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/01/2023 09:56:00 AM ET | Attorney | Account Change |

**File Changed by:** Lauren Lamb.
**Change(s):**
Date Loss Mitigation Period Expires changed from 01/14/2023 to 02/27/2023.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/01/2023 09:56:51 AM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Please find attached the order extending the loss mitigation period

thank you

**Attached Files:**
- order (Added 02-01-2023)

| Date | Activity By | Action Taken |
|---|---|---|
| 02/27/2023 05:16:59 PM ET | Attorney | File Resubmitted |

Lauren Lamb resubmitted file for review:
**Reason:** Completed Package
**Message:**
Additional information re hardship and 2023 SSA benefits letter are attached.

**Attached Files:**
- Hardship Letter Update 1 (Added 02-27-2023)
- Social Security Income Update 1 (Added 02-27-2023)