IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Mary Jo A. Stoner | : | Bankruptcy No. 22-21064-JAD |
|     Debtor | : | Chapter 13 |
| | : | |
| | : | |
| Mary Jo A. Stoner | : | Related to Docket No. 49 |
|     Movant | : | |
|         v. | : | |
| | : | |
| PNC Bank | : | |
|     Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 3, 2023, a true and correct copy of the *Order Granting Second Motion to Extend the Loss Mitigation Period* was caused to be served by on the following parties by the following methods:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

Brian Nicholas, Esquire

**Served by U.S. First Class Mail**
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Mary Jo A. Stoner
812 Brentview Road
Pittsburgh, PA 15236

PNC Bank, National Association
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg OH 45342

Date of Service: April 3, 2023        /s/ Lauren M. Lamb_____
                                                        Lauren M. Lamb, Esquire
                                                        Attorney for the Debtor
                                                        STEIDL & STEINBERG
                                                        Suite 2830, Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA 15219
                                                        (412) 391-8000

llamb@steidl-steinberg.com
PA I.D. No. 209201