IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Jo A. Stoner, | ) | Bankruptcy No. 22-21064 JAD |
| | ) | Chapter |
| Debtor | ) | Related to Document No. 59 |
| | ) | |
| Mary Jo A. Stoner, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, | ) | |
| | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE

I, Lauren M. Lamb, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and

that on August 11, 2023 I served a copy of:

### ORDER OF COURT EXTENDING LOSS MITIGATION PERIOD

ON:

Ronda J. Winnecour, Chapter 13 Trustee - Via ECF mail
Brian Nicholas, Esquire - Via ECF mail
Office of the United States Trustee - Via ECF Mail

Mary Jo A. Stoner
812 Brentview Road
Pittsburgh, PA 15236

PNC Bank, National Association
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg OH 45342

PNC Bank, National Association - Via Portal upload

BY:   Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: August 11, 2023            /s/ Lauren M. Lamb
Lauren M. Lamb
STEIDL & STEINBERG
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000