IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Jo A. Stoner, | ) | Case No. 22-21064-JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Document No. 66 |
| Mary Jo A. Stoner, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, National Association, | ) | |
| | ) | |
| Respondent | | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 23, 2023, a true and correct copy of the *Interim Mortgage Modification Order was caused to be* served by U. S. first-class mail unless otherwise noted, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee
Via ECF mail

Brian Nicholas, Esquire
Via ECF mail

PNC Bank, National Association
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg OH 45342

Mary Jo A. Stoner
812 Brentview Road
Pittsburgh, PA 15236

PNC Bank, National Association
Via portal upload

Ronda J. Winnecour, Chapter 13 Trustee
Via email to LMP@chapter13trusteewdpa.com

    August 23, 2023                                          /s/Lauren M. Lamb

DATE                                             Lauren M. Lamb, Esquire
                                                 On behalf of Mary Jo A. Stoner
                                                 Steidl & Steinberg, P.C.
                                                 707 Grant Street, Suite 2830
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 PA.I.D. No. 209201
                                                 llamb@steidl-steinberg.com