IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Jo A. Stoner, | ) | Bankruptcy No. 22-21064-JAD |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 77 |
| Mary Jo A. Stoner, | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, | ) | |
|     Respondent(s) | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTH MOTION TO EXTEND THE LOSS MITIGATION PERIOD**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Fifth Motion to Extend the Loss Mitigation Period filed on December 14, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Fifth Motion to Extend the Loss Mitigation Period appears thereon. Objections for Fifth Motion to Extend the Loss Mitigation Period were to be filed and served no later than December 26, 2023.

    It is hereby respectfully requested that the Order attached to the Fifth Motion to Extend the Loss Mitigation Period be entered by the Court.

    Respectfully submitted,

December 27, 2023
Date:

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com