IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Jo A. Stoner, | ) | Bankruptcy No. 22-21064-JAD |
|    Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 78-79 |
| Mary Jo A. Stoner, | ) | |
|    Movant | ) | Hearing Date and Time: |
| | ) | 1/16/2024 at 10:00 AM |
| vs. | ) | |
| | ) | |
| PNC Bank, National Association, | ) | |
|    Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH PNC BANK, NATIONAL ASSOCIATION

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification with PNC Bank, National Association filed on December 19, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification with PNC Bank, National Association appears thereon.  Pursuant to the Notice of Hearing, objections for Motion to Approve Permanent Loan Modification with PNC Bank, National Association were to be filed and served no later than January 5, 2024.

    It is hereby respectfully requested that the Order attached to the Motion to Approve Permanent Loan Modification with PNC Bank, National Association be entered by the Court.

    Respectfully submitted,

<u>January 8, 2024</u>  
Date:

/s/Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
2830 Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No.  209201  
llamb@steidl-steinberg.com