IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Mary Jo A. Stoner, | ) Case No. 22-21064-JAD |
| | ) Chapter 13 |
|     Debtor | ) |
| | ) Related to Docket No. 78 |
| Mary Jo A. Stoner, | ) |
| | ) |
|     Movant | ) |
| | ) **DEFAULT O/E JAD** |
| vs. | ) |
| | ) |
| PNC Bank, National Association, | ) |
| | ) |
|     Respondent | ) |

### ORDER OF COURT

**AND NOW,** this  11th  day of  January , 202<u>4</u>, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this Court approves the permanent loan modification between the Debtor, Mary Jo A. Stoner, and the mortgage company, PNC Bank, National Association, the terms of which are as follows:

a) The new balance owed is $28,828.14.
b) The interest rate is now 7.25%.
c) The principal and interest payment is $196.66 per month, the escrow payment is $407.64 per month. This yields a new monthly mortgage payment of $604.30 per month.
d) The maturity date is December 1, 2053.
e) The effective date is December 1, 2023.

IT IS SO ORDERED:

FILED
1/11/24 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____sjk_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

PAWB Local Form 47 (04/14)                                                                 Page **1** of **1**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21064-JAD |
| MARY JO A. STONER | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + MARY JO A. STONER, 812 Brentview Road, Pittsburgh, PA 15236-2307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024                  Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor MARY JO A. STONER julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Jan 11, 2024     Form ID: pdf900     Total Noticed: 1
TOTAL: 5