IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Jo A. Stoner | ) | Case No. 22-21064-JAD |
| | ) | Chapter 13 |
| Debtor | ) | Related to Docs. #21, 71 and 91 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by: Debtor to provide for increased mortgage payment.

☐ a motion to lift stay
   as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Chapter 13 Plan dated   July 18, 2022
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X   Debtor's Plan payments shall be changed from $       to
    $      per month, effective   February, 2024   ; and/or the Plan term shall be
    changed from   37   months to   39   months.

☐      In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtor shall file and serve      on or before      .

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as      may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X      Other:      <u>PNC Bank, National Association will be paid $696.81 per month as per the Notice of Mortgage Payment Change filed on February 14, 2024.</u>

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __1st__ day of ___March___, 2024

Dated: _____3/1/2024_____

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtor
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
3/1/24 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_____
Counsel to affected creditor


cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21064-JAD
MARY JO A. STONER Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Mar 01, 2024     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MARY JO A. STONER, 812 Brentview Road, Pittsburgh, PA 15236-2307 |
| 15487168 | + | Duquene Light Co., P.O. Box 67, Pittsburgh, PA 15267-0067 |
| 15487175 | + | US Attorneys Office, United States Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2024 01:54:19 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15487167 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 02:08:25 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15492799 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 01:53:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15503637 | + | Email/Text: jdryer@bernsteinlaw.com | Mar 02 2024 01:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15487169 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2024 01:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15487172 | ^ | MEBN | Mar 02 2024 00:43:07 | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15487171 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 02 2024 01:05:00 | Key Bank, P. O. Box 94620, Cleveland, OH 44101-4620 |
| 15487173 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2024 01:05:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15505393 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2024 01:05:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 15487174 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2024 01:05:00 | Quantum3 Group LLC, World Financial Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15498861 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2024 01:05:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 14 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15487170 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor MARY JO A. STONER julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5