IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Jo A. Stoner, | ) | Bankruptcy No. 22-21064-JAD |
|    Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Mary Jo A. Stoner, | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On August 16, 2023, at docket number 62, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

October 4, 2025                              /s/Mary Jo A. Stoner
Dated                                        Mary Jo A. Stoner

October 7, 2025                              /s/ Lauren M. Lamb
Date                                         Lauren M. Lamb, Esquire
                                             Attorney for the Debtor
                                             STEIDL & STEINBERG
                                             436 Seventh Avenue
                                             Suite 322, Koppers Building
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             PA I. D. No. 209201
                                             llamb@steidl-steinberg.com