| Fill in this information to identify the case: |
|---|
| Debtor 1     Mary Jo A. Stoner |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Western</u> District of <u>PA</u> |
| Case number   <u>22-21064 JAD</u> |

Form 4100R

# Response to Notice of Final Cure Payment                                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of Creditor:**     PNC Bank, National Association         **Court claim no.** (if known):   4

**Last 4 digits** of any number you use to identify the debtor's account:     0156
**Property address:**
812 Brentview Drive
Pittsburgh, PA 15236

### Part 2:  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:      11 / 01 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                                                  (a)   $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:                      + (b)   $ _____
c.  **Total.** Add lines a and b.                                                                        (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: a8dd73da535b0f739adc9fbc3925b0644eec039b789e602b9713d49ada7a2bfe

| Debtor(s) | Mary Jo A. Stoner | | | Case Number *(if known)*: 22-21064 JAD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*          Date    10/10/2025
Matthew Fissel
10 Oct 2025, 15:33:22, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Document ID: a8dd73da535b0f739adc9fbc3925b0644eec039b789e602b9713d49ada7a2bfe

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary Jo A. Stoner<br>　　　　　　　　　Debtor(s) | BK NO. 22-21064 JAD |
| PNC Bank, National Association<br>　　　　　　　　　Movant<br>　　vs.<br>Mary Jo A. Stoner<br>　　　　　　　　　Debtor(s)<br>Ronda J. Winnecour,<br>　　　　　　　　　Trustee | Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 10, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Mary Jo A. Stoner
812 Brentview Road
Pittsburgh, PA 15236

Attorney for Debtor(s) (via ECF)
Lauren M. Lamb
Steidl & Steinberg, P.C.
436 7th Ave.
Koopers Building
Suite 322
Pittsburg, PA 15219

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail

Dated: October 10, 2025

/s/ Matthew Fissel
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com