**Fill in this information to identify the case:**

Debtor 1     Mary Jo A Stoner
Debtor 2     _____ (Spouse, if filing)
Debtor 3

United States Bankruptcy Court for the: WESTERN District of PA (State)

Case number   2221064

Official Form 410S1

# Notice of Mortgage Payment Change                                      12/15

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to 11. U.S.C. § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC BANK, N. A.                **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:  0  1  5  6

**Date of payment change:**
Must be at least 21 days after date of this notice.    03/01/2023

**New total payment:**
Principal, interest, and escrow, if any   $ 871.59

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why _____

   Current escrow payment: $458.72        New escrow payment: $ 450.28

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%
   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   Current mortgage payment: $_____        New mortgage payment: $_____

| Part 4: | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Lucy Miller            Date   01 / 27 / 2023
Signature

Print:   Lucy              _____            Miller            Title  Bankruptcy Specialist
         First Name          Middle Name        Last Name

Company   PNC Bank, N.A.

Address   3232 Newmark Drive
          Number        Street

          Miamisburg                OH         45342
          City                      State      ZIP Code

Contact phone  ( 866 ) 754 – 0659      Email  Bankruptcy@pnc.com



P.O. Box 1820
Dayton, OH 45401-1820
Website: pnc.com/mortgagecustomercare
Customer Care Center: 1-800-822-5626

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

**LOAN NUMBER:**
**DATE:** January 11, 2023

PROPERTY ADDRESS:
812 BRENTVIEW RD
PITTSBURGH, PA 15236    C/O M

ESTATE OF JOSEPH M STONER
C/O MARY JO STONER
812 BRENTVIEW RD
PITTSBURGH PA  15236-2307

| CURRENT MONTHLY MORTGAGE PAYMENT | |
|---|---|
| Principal & Interest | 421.31 |
| Escrow | 458.72 |
| Prorated Escrow Surplus | -29.24 |
| Total Payment | 850.79 |




| NEW PAYMENT INFORMATION | |
|---|---|
| Principal & Interest | 421.31 |
| Escrow | 450.28 |
| **Total Payment** | **871.59** |
| **New Payment Effective Date** | **03/01/23** |

**COMING YEAR ESCROW PROJECTION**

This statement provides a detailed summary of activity related to your escrow account. PNC Bank maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists. This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | |
|---|---|
| COUNTY TAX | $641.54 |
| CITY TAX | $919.58 |
| TAXES | $2,883.22 |
| HAZARD INS | $959.00 |
| TOTAL DISBURSEMENTS | $5,403.34 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | $450.28 |

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | 2,273.75 | 2,192.94 |
| March | 450.28 | COUNTY TAX | 641.54 | 2,082.49 | 2,001.68 |
| March | | CITY TAX | 919.58 | 1,162.91 | 1,082.10 |
| April | 450.28 | | | 1,613.19 | 1,532.38 |
| May | 450.28 | | | 2,063.47 | 1,982.66 |
| June | 450.28 | | | 2,513.75 | 2,432.94 |
| July | 450.28 | | | 2,964.03 | 2,883.22 |
| August | 450.28 | SCHOOL TAX | 2,883.22 | 531.09 * | 450.28 ** |
| September | 450.28 | | | 981.37 | 900.56 |
| October | 450.28 | | | 1,431.65 | 1,350.84 |
| November | 450.28 | | | 1,881.93 | 1,801.12 |
| December | 450.28 | HAZARD INS | 959.00 | 1,373.21 | 1,292.40 |
| January | 450.28 | | | 1,823.49 | 1,742.68 |
| February | 450.28 | | | 2,273.77 | 2,192.96 |

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---|
| BEGINNING PROJECTED BALANCE | $2,273.75 |
| BEGINNING REQUIRED BALANCE | $2,192.94 |
| **ESCROW SURPLUS** | **$236.12** |

* The projected escrow balance at the low point.
** The lowest balance the escrow account should attain during the projected period.

**The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.**

**MORE INFORMATION ON REVERSE SIDE**

**IMPORTANT MESSAGES**

Make your check, money order or cashier's check payable to PNC Bank. All Payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance. **Do NOT send cash by mail.**

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this statement will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.

---



**INTERNET REPRINT**

Your escrow account has a surplus balance of $236.12. Due to the past due status of your loan, these funds are being retained in your escrow account. Once your loan status is current, you may contact Customer Service about your refund.

# ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███████  DATE: January 11, 2023

Your projected escrow balance as of 2/28/23 is 2,273.75. Your required escrow balance, according to this analysis, should be 2,192.94. This means you have a surplus balance of $236.12. If a refund check was issued at the time of the analysis, the check is attached to the bottom of this form.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $450.28, as it does in August. Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

## Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis. This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | 2,612.16 |
| 07/22 | FHA/RBP | 458.72 | 1.52 | 3,069.36 |
| 08/22 | FHA/RBP | 458.72 | 1.52 | 3,526.56 |
| 08/22 | SCHOOL TAX |  | 3,069.35 | 457.21 ** |
| 09/22 | FHA/RBP | 458.72 | 1.52 | 914.41 |
| 10/22 | FHA/RBP | 458.72 | 1.52 | 1,371.61 |
| 11/22 | FHA/RBP | 458.72 | 1.52 | 1,828.81 |
| 12/22 | FHA/RBP | 458.72 | 1.52 | 2,286.01 |
| 12/22 | HAZARD INS |  | 856.00 | 1,430.01 |
| 01/23 | FHA/RBP | 458.72 | 1.52 | 1,887.21 |
| 02/23 | FHA/RBP | 458.72 | 1.52 | 2,344.41 |
| 03/23 | FHA/RBP | 458.72 | 1.52 | 2,801.61 |
| 03/23 | COUNTY TAX |  | 641.54 | 2,160.07 |
| 03/23 | CITY TAX |  | 919.58 | 1,240.49 |
| 04/23 | FHA/RBP | 458.72 | 1.52 | 1,697.69 |
| 05/23 | FHA/RBP | 458.72 | 1.52 | 2,154.89 |
| 06/23 | FHA/RBP | 458.72 | 1.52 | 2,612.09 |
| TOTAL |  | 5,504.64 | 5,504.71 |  |

## Account History

This is a statement of actual escrow account activity from July 2022 through February 2023. Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $850.79 of which $421.31 was your Principal and Interest payment and $458.72 was your escrow payment.

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | -17,978.46 |
| 07/22 | FHA/RBP |  | 1.52 * | -17,979.98 |
| 08/22 |  | 428.74 | * | -17,551.24 |
| 08/22 | SCHOOL TAX |  | 2,883.22 * | -20,434.46 |
| 08/22 | FHA/RBP |  | 1.52 * | -20,435.98 |
| 09/22 | FHA/RBP |  | 1.52 * | -20,437.50 |
| 10/22 |  | 14,070.32 | * | -6,367.18 |
| 10/22 | FHA/RBP |  | 1.52 * | -6,368.70 |
| 11/22 |  | 1,288.44 | * | -5,080.26 |
| 11/22 | FHA/RBP |  | 1.52 * | -5,081.78 |
| 12/22 |  | 429.48 | * | -4,652.30 |
| 12/22 | HAZARD INS |  | 959.00 * | -5,611.30 |
| 12/22 | FHA/RBP |  | 1.52 * | -5,612.82 |
| 01/23 | FHA/RBP | 7,429.37 e | 1.52 e | 1,815.03 |
| 02/23 |  | 458.72 e | * | 2,273.75 |
| TOTAL |  | 24,105.07 | 3,852.86 |  |

\* Indicates a difference from projected activity either in the amount or the date.

\*\* Required minimum escrow balance.

"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at pnc.com/mortgagecustomercare to send us an email, write to us at PNC Bank; Attention: Customer Service Research; B6-YM07-01-7, PO Box 1820; Dayton, OH 45401 or call our Customer Service Department toll free number 1-800-822-5626.

## Disclosure on Cancellation of Mortgage Insurance Premium (MIP)

You may have the option to cancel annual MIP in advance of the projected amortization date by making additional payments of Mortgage principal. To inquire about loan qualifications for early termination of MIP, send in a written request to the address listed below, or contact Customer Service.

 Call Customer Service at **1-800-822-5626**, Monday - Thursday, 8:00 a.m. - 9:00 p.m., Friday, 8:00 a.m. - 5:00 p.m. ET and Saturday, 9:00 a.m. - 2:00 p.m.

Or

 Send a written request to the address on the statement
PNC Bank
P.O. Box 8736
ATTN: Mortgage Insurance Department B6-YM13-01-5
Dayton, Ohio 45401-8736.

UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| IN RE: **MARY JO A. STONER** | | Case No: **22-21064** <br> Judge Jeffery A. Deller <br> Chapter 13 |
|---|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on January 27, 2023, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **Lauren M. Lamb**
Trustee **Ronda J. Winnecour**
Office of the United States Trustee

Further, I certify that, on January 27, 2023, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed to the following at the address shown below:

**MARY JO A. STONER**
**812 Brentview Road**
**Pittsburgh, PA 15236**

By: /s/ Lucy Miller
Lucy Miller
PNC Bank, N.A.
3232 Newmark Drive
Miamisburg Ohio 45342
866-754-0659